NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TRADING TECHNOLOGIES INTERNATIONAL, INC.,**
*Plaintiff*

**HARRIS BRUMFIELD, TRUSTEE FOR ASCENT TRUST,**
*Plaintiff-Appellant*

**v.**

**IBG LLC, INTERACTIVE BROKERS LLC,**
*Defendants-Cross Appellants*

**TD AMERITRADE ONLINE HOLDING CORPORATION, TD AMERITRADE, INC., INTERACTIVE BROKERS GROUP, LLC, TRADEHELM, INC., STELLAR TRADING SYSTEMS, LTD., STELLAR TRADING SYSTEMS, INC., ESPEED MARKETS, L.P.,**
*Defendants-Appellees*

---

2022-1630, 2022-1639

---

Appeals from the United States District Court for the Northern District of Illinois in No. 1:10-cv-00715, Judge Virginia M. Kendall.

---

**O R D E R**

Upon consideration of the above-captioned appeals,

IT IS ORDERED THAT:

(1) The appeals are consolidated, and thus one set of briefs should be filed for both appeals. The revised official caption is reflected above. To align the briefing schedules, the Court designates Harris Brumfield, Trustee for Ascent Trust ("Brumfield") as Appellant. Appeal No. 22-1639 is designated a cross-appeal.

(2) The briefing schedule for the consolidated appeals shall be as follows: Brumfield's principal brief addressing Appeal No. 22-1630 is due no later than June 13, 2022. The principal and response brief of IBG LLC and Interactive Brokers LLC ("IBG"), addressing both appeals, and any response briefs by Defendants-Appellees, shall be due no later than 40 days after service of Brumfield's principal brief. Brumfield's response and reply brief, addressing both appeals, shall be due no later than 40 days after service of IBG's principal and response brief. IBG's reply brief, addressing only Appeal No. 22-1639, shall be due no later than 21 days after service of Brumfield's response and reply brief.

FOR THE COURT

April 28, 2022
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court