# United States Court of Appeals for the Federal Circuit

---

**HARRIS BRUMFIELD, TRUSTEE FOR ASCENT TRUST,**

*Plaintiff-Appellant*

v.

**IBG LLC, INTERACTIVE BROKERS LLC,**

*Defendants-Appellees*

---

2022-1630

---

Appeal from the United States District Court for the Northern District of Illinois in No. 1:10-cv-00715, Judge Virginia M. Kendall.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

March 27, 2024
Date

Jarrett B. Perlow
Clerk of Court